# United States District Court

### *Northern District of Mississippi*

Criminal Trial Exhibit List

UNITED STATES OF AMERICA

V.                                          CAUSE NUMBER 3:13MJ020-SAA

JAMES EVERETT DUTSCHKE

| **Presiding Judge** S. Allan Alexander | **Government Attorney** Chad Lamar, Bill Martin Clay Joyner | **Defendant's Attorney** George Lucas, Greg Park |
|---|---|---|
| **Trial Date(s)** 5/2/13 | **Court Reporter** digital | **Courtroom Deputy** Willie Sue Miller |

| GOV NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 5/2/13 | X | X | Affidavit |
| 2 | | 5/2/13 | X | X | Email dated 6/1/10 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___

Pages