

**U.S. Department of Justice**

National Security Division

---

*Office of the Assistant Attorney General*   *Washington, D.C. 20530*

May 28, 2013

David Andrew Sigler, Esq.
National Security Division
Department of Justice
Washington, D.C. 20530

Dear Mr. Sigler:

    As an attorney for the Government employed full time by the Department of Justice and assigned to the National Security Division, you are hereby authorized and directed to file informations and to conduct in the Northern District of Mississippi and any other judicial district any kind of legal proceedings, civil or criminal, including grand jury proceedings and proceedings before United States Magistrate Judges, which United States Attorneys are authorized to conduct.

    You may file a copy of this letter with the Clerk of the Court to evidence this authorization.

Sincerely,

George Z. Toscas
Deputy Assistant Attorney General